UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20161-CIV-JEM

LUIS ANGEL RAMOS NIEVES  and all   )
others similarly situated under 29 U.S.C.   )
216(b),   )
   )
   )
             Plaintiff,   )
       vs.   )
   )
   )
ANDRES RODRIGUEZ d/b/a ROVELL   )
MOBILE HOME PARK,   )
ANDRES RODRIGUEZ d/b/a TROPICAL   )
MOBILE HOME PARK,   )
   )
            Defendants.   )
_____

## PLAINTIFFS' STATEMENT OF CLAIM

      Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Federal Half-time Overtime Claim (4/1/14-2/28/15):**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW 7.25)
Weeks:  47
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $3,402.80 X 2 = $6,805.60

**Federal Minimum Wage Claim (4/1/14-2/28/15):**
Amount of minimum wage per hour not compensated: $5.59 (based on Fed. MW 7.25-1.66)
Weeks: 47
Hours per week: 60
Total wages unpaid and liquidated damages: $15,763.80 X 2 = $31,527.60

**Federal Half-time Overtime Claim (3/1/15-10/5/15):**
Amount of half time per hour not compensated: $3.62 (based on Fed. MW 7.25)
Weeks:  31
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $2,244.40 X 2 = $4,488.80

**<u>Federal Minimum Wage Claim (3/1/15-10/5/15):</u>**
Amount of minimum wage per hour not compensated: $3.92 (based on Fed. MW 7.25-3.33)
Weeks: 31
Hours per week: 60
Total wages unpaid and liquidated damages: $7,291.20 X 2 = $14,582.40

**Total Federal OT/MW Claim:  $57,404.40**

*Plaintiffs seek all fees and costs under the FLSA.
**Plaintiffs reserve the right to seek minimum wage damages under the Florida Constitution.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**

BY:____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING
WAS SENT SUBSEQUENT TO E-FILING ON 1/19/16 TO:**

**ALL CM/ECF RECIPIENTS**

BY:____/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**