UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-20161-CIV-JEM

LUIS ANGEL RAMOS NIEVES and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiff,

vs.

ANDRES RODRIGUEZ d/b/a ROVELL MOBILE HOME PARK,
ANDRES RODRIGUEZ d/b/a TROPICAL MOBILE HOME PARK,

        Defendants.

_____

## NOTICE OF ATTORNEY APPEARANCE

Comes Now Plaintiff, by and through undersigned counsel and hereby files Plaintiff's Notice of Attorney Appearance and in support thereof states as follows:

1. The undersigned, Joshua H. Sheskin. on behalf of the firm J.H. Zidell, P.A., hereby files his notice of appearance.

        Respectfully Submitted,

        J.H. Zidell, P.A.
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        *Attorneys for Plaintiff*

        By: /s/ Joshua H. Sheskin
        Joshua H. Sheskin, Esq.
        Jsheskin.jhzidellpa@gmail.com

        Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on March 21, 2016.

        J.H. Zidell, P.A.
        300 71st Street, Suite 605
        Miami Beach, Florida 33141
        Tel: (305) 865-6766
        Fax: (305) 865-7167
        *Attorneys for Plaintiff*

        By: /s/ Joshua Sheskin
        Joshua H. Sheskin, Esq.
        Jsheskin.jhzidellpa@gmail.com
        Florida Bar Number: 93028